

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PROBLUE, INC.<br><br>           Plaintiffs,<br><br>v.<br><br>SPILLINGTEA, INC., et. al.<br><br>           Defendants. | Case No. 2:21-cv-06875-SB-RAO<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Orig. Compl.:      8/26/21<br>Orig. Resp. Pldg.:   NONE |

ORDER GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees. The Clerk of Court is directed to close this case.

DATED: __October 1, 2021_____

_____
Stanley Blumenfeld, Jr.
United States District Judge